**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

EARLIE BENEVOLENCE BERRY, JR.,       )
                                     )
                  Plaintiff,         )
         v.                          )   No. 1:07-cv-234-SEB-WTL
                                     )
STEVEN R. PERKINS,                   )
                  Defendant.         )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 02/28/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Earlie Berry, Jr.
DOC # 932151
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064